**THORNDAL, ARMSTRONG, DELK,**
**BALKENBUSH & EISINGER**
Brian K. Terry, Esq.
Nevada Bar No. 3171
1100 East Bridger Avenue
P.O. Drawer 2070
Las Vegas, Nevada 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: bterry@thorndal.com
Attorney for Defendant, Jel Events, Inc. d/b/a
AlliedPra Destination Management Las Vegas

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

JACQUELINE ESCOBAR & JOHN aka
JACK SILVA,

               Plaintiffs,

v.

JEL EVENTS, INC. D/B/A ALLIEDPRA
DESTINATION MANAGEMENT LAS
VEGAS, BOB GAIL ENTERPRISES, INC.
D/B/A BOB GAIL SPECIAL EVENTS LAS
VEGAS, MGM GRAND HOTEL, LLC AND
MGM RESORTS INTERNATIONAL D/B/A
MGM GRAND LAS VEGAS (MGM
DEFENDANTS),

               Defendants.

CASE NO.:  2:13-CV-01917-JCM-CWH

**STIPULATED CONFIDENTIALITY/**
**PROTECTIVE ORDER**

COME NOW, plaintiffs, Jacqueline Escobar and John aka Jack Silva, by and through

their counsel of record, Andre M. Lagomarsino, Esq., of Parker Scheer Lagomarsino, and Frank

Corso, Esq., of Corso Law LLC; defendant, Jel Events, Inc. d/b/a AlliedPra Destination

Management Las Vegas, by and through its counsel of record, Brian K. Terry, Esq., of Thorndal,

Armstrong, Delk, Balkenbush & Eisinger; defendant, Bob Gail Enterprises, Inc. d/b/a Bob Gail

Special Events Las Vegas, by and through its counsel of record, James P.C. Silvestri, Esq., of

Pyatt Silvestri; and defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a

MGM Grand Las Vegas, by and through their counsel of record, Jared G. Christensen, Esq., of

Bremer Whyte Brown & O'Meara LLP, and hereby enter into this stipulation for a

confidentiality and protective order. The parties herein are in agreement that Jel Events, Inc.

d/b/a AlliedPra Destination Management Las Vegas and the other parties possess proprietary

materials which relate to the instant litigation and include confidential information that may be

subject to discovery in the proceedings of this matter, but which should not be made available to

the public generally. The materials deemed confidential relate to proprietary matters concerning

the process of bidding and organizing a trade convention and all related documents, photographs,

etc. As a result thereof, the parties hereby stipulate and allow the court to so order as follows:

      1.     All documents produced or records designated as confidential by Jel Events, Inc.

d/b/a AlliedPra Destination Management Las Vegas, or any other party, of whatever nature, will

be deemed "confidential" and revealed only to the named parties, counsel of record for those

parties in this case, paralegals and secretarial employees under counsels' direct supervision, such

persons as are employed by counsel to act as experts in this action.

      2.     Counsel for the parties shall use said "confidential" materials solely in discovery

and in litigation for the purposes of preparation for trial and actual trial in this action. Under no

circumstances shall documents or materials covered by this protective order be disclosed to

anyone other than the named parties, the parties' counsel of record in this action, paralegals,

secretarial employees under counsels' direct supervision, and such persons employed to act as

experts in this action. This agreement to hold matters "confidential" extends beyond the trial of

this matter. At the conclusion of the proceedings in this action, all documents and materials

subject to this order, including any copies or extracts of summaries thereof, or documents

containing information taken therefrom, shall be returned to counsel for who produced same,

except for documents retained by counsel for record retention purposes under the condition that

said documents remain "confidential" under the terms set forth herein.  In lieu of returning all

materials to counsel,

the materials may be destroyed with documentation to counsel confirming same.

3.      Prior to disclosure of any documents covered by this order to paralegals or

secretarial employees of counsel, or parties, counsel for the parties shall explain to them the

nature and extent of the protective order.

4.      If counsel determines that for purposes of this action, documents or materials

covered by this order must be revealed to a person employed to act as an expert in this action,

then counsel may reveal the designated documents or materials to such person after explaining

the nature and extent of this order.

5.      This order is subject to revocation and modification by order of the court upon

written stipulation of the parties, or upon motion and reasonable notice, including opportunity for

hearing and presentation of evidence.

6.      Nothing in this order is intended to affect any right any party may have regarding

work product or any privilege.

7.      If any party to this case needs to utilize any record covered by this order in a

motion or other document filed with the court, it must comply with the provisions of the Nevada

rules for sealing and redacting court records.

. . .

. . .

Dated this_____ day of_____, 2014.

Dated this 3 day of March____, 2014.

PARKER SCHEER LAGOMARSINO

THORNDAL, ARMSTRONG, DELK
BALKENBUSH & EISINGER

_____

_____

Andre M. Lagomarsino, Esq.
Nevada Bar No. 006711
9555 S. Eastern Ave., Suite 210
Las Vegas, Nevada 89123
Tel.: (702) 383-2864
Fax: (702) 383-0065
E-Mail: andre@parkerscheer.com
Frank Corso, Esq.
Corso Law LLC
492 Winthrop St., Suite 5
Rehoboth, Massachusetts 02769
Attorneys for Plaintiffs, Jacqueline
Escobar and John aka Jack Silva

Brian K. Terry, Esq.
Nevada Bar No. 003171
1100 East Bridger Ave.
P. O. Drawer 2070
Tel.: (702) 366-0622
Fax: (702) 366-0622
E-Mail: bterry@thorndal.com
Attorney for Defendant, Jel Events, Inc.
d/b/a AlliedPra Destination Management
Las Vegas

PYATT SILVESTRI

BREMER WHYTE BROWN &
O'MEARA LLP

_____

_____

James P.C. Silvestri, Esq.
Nevada Bar No. 003603
701 Bridger Avenue, #600
Las Vegas, Nevada 89101
Tel.: (702) 383-6000
Fax: (702) 477-0088
E-Mail: jsilvestri@psh-law.com
Attorney for Defendant, Bob Gail
Enterprises, Inc. d/b/a Bob Gail
Special Events Las Vegas

Jared G. Christensen, Esq.
Nevada Bar No. 011538
1160 N. Town Center Drive, Suite 250
Las Vegas, Nevada 89144
Tel.: (702) 258-6665
Fax: (702) 258-6662
E-Mail: jchristensen@bremerwhyte.com
Attorney for Defendants, MGM Grand
Hotel, LLC and MGM Resorts
International d/b/a MGM Grand Las Vegas

## ORDER ON STIPULATED CONFIDENTIALITY/PROTECTIVE ORDER

IT IS SO ORDERED.

DATED this 14th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of March, 2014.

PARKER SCHEER LAGOMARSINO

Andre M. Lagomarsino, Esq.
Nevada Bar No. 006711
9555 S. Eastern Ave., Suite 210
Las Vegas, Nevada 89123
Tel.: (702) 383-2864
Fax: (702) 383-0065
E-Mail: andre@parkerscheer.com
Frank Corso, Esq.
Corso Law LLC
492 Winthrop St., Suite 5
Rehoboth, Massachusetts 02769
Attorneys for Plaintiffs, Jacqueline
Escobar and John aka Jack Silva

PYATT SILVESTRI

James P.C. Silvestri, Esq.
Nevada Bar No. 003603
701 Bridger Avenue, #600
Las Vegas, Nevada 89101
Tel.: (702) 383-6000
Fax: (702) 477-0088
E-Mail: jsilvestri@psh-law.com
Attorney for Defendant, Bob Gail
Enterprises, Inc. d/b/a Bob Gail
Special Events Las Vegas

Dated this ___ day of _____, 2014.

THORNDAL, ARMSTRONG, DELK
BALKENBUSH & EISINGER

Brian K. Terry, Esq.
Nevada Bar No. 003171
1100 East Bridger Ave.
P. O. Drawer 2070
Tel.: (702) 366-0622
Fax: (702) 366-0622
E-Mail: bterry@thorndal.com
Attorney for Defendant, Jel Events, Inc.
d/b/a AlliedPra Destination Management
Las Vegas

BREMER WHYTE BROWN &
O'MEARA LLP

Jared G. Christensen, Esq.
Nevada Bar No. 011538
1160 N. Town Center Drive, Suite 250
Las Vegas, Nevada 89144
Tel.: (702) 258-6665
Fax: (702) 258-6662
E-Mail: jchristensen@bremerwhyte.com
Attorney for Defendants, MGM Grand
Hotel, LLC and MGM Resorts
International d/b/a MGM Grand Las Vegas

Submitted by:

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

_____

Brian K. Terry, Esq.
Nevada Bar No. 003171
1100 East Bridger Avenue
P. O. Drawer 2070
Las Vegas, Nevada 89125-2070
Tel.:  (702) 366-0622
Fax:  (702) 366-0327
E-Mail:  bterry@thorndal.com
Attorney for Defendant, Jel Events, Inc.
d/b/a AlliedPra Destination Management
Las Vegas