## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE ESCOBAR & JOHN aka JACK SILVA,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>JEL EVENTS, et al.,<br><br>　　　　　Defendant(s). | 2:13-CV-1917 JCM (CWH) |

### ORDER

Presently before the court are defendant Jel Events, Inc.'s motions demanding security for costs from plaintiffs Jacqueline Escobar (doc. # 10) and John Silva (doc. # 11).

Defendant Jel Events requests that the plaintiffs each be required to submit a security for costs in the amount of $500 pursuant to Nev. Rev. Stat 18.130.

The Ninth Circuit recognizes that "federal district courts have inherent power to require plaintiffs to post security for costs." *Simulnet E. Associates v. Ramada Hotel Operating Co*., 37 F.3d 573, 574 (9th Cir. 1994). A federal district court typically follows the forum state's practice, particularly when a party is a non-resident. *See, e.g.*, § 2671 Security for Costs, 10 Fed. Prac. & Proc. Civ. § 2671 (3d ed.). Nev. Rev. Stat.18.130 provides that the court may require an out-of-state plaintiff to post a security of costs in an amount up to $500 upon a request by a defendant.

The court finds that it is appropriate to require that plaintiff Escobar and plaintiff Silva each post a security of $500 in this matter.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, DECREED that defendant Jel Events Inc.'s motions demanding securities of costs (docs. ## 10 & 11) be, and at the same time hereby are, GRANTED.

IT IS FURTHER ORDERED that plaintiff Escobar shall post a security bond in the amount of $500 within 14 days of the entry of this order.

IT IS FURTHER ORDERED that plaintiff Silva shall post a security bond in the amount of $500 within 14 days of the entry of this order.

DATED March 31, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -