**CORSO LAW LLC**
FRANK C. CORSO, ESQ. (*Pro Hac Vice*)
492 Winthrop Street, Suite 5
Rehoboth, MA 02769
Telephone: (774) 901-2677
Facsimile: (774) 901-2678

-and-

**PARKER | SCHEER LAGOMARSINO**
ANDRE M. LAGOMARSINO, ESQ.
Nevada State Bar No. 6711
DANIEL M. RYAN, ESQ.
Nevada State Bar No. 12485
9555 South Eastern Avenue, Suite 210
Las Vegas, Nevada  89123
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

JACQUELINE ESCOBAR &
JOHN aka JACK SILVA,

                PLAINTIFFS,

     *v.*

JEL EVENTS, INC D/B/A ALLIEDPRA
DESTINATION MANAGEMENT LAS
VEGAS, BOB GAIL ENTERPRISES, INC
D/B/A BOB GAIL SPECIAL EVENTS LAS
VEGAS, MGM GRAND HOTEL, LLC AND
MGM RESORTS INTERNATIONAL D/B/A
MGM GRAND LAS VEGAS (MGM
DEFENDANTS),

              DEFENDANTS.

**CASE NO.:**  2:13-cv-01917-JCM-CWH

**JOINT STIPULATION AND ORDER
TO EXTEND DISCOVERY
(FOURTH REQUEST)**

      All of the parties hereto, and for good cause described in this stipulation, and in accord

with Local Rule 26-4, the parties hereby request this Honorable Court adopt and approve this

stipulated extension to the discovery plan, and continue the discovery deadlines as requested herein.

## I.      **LOCAL RULE 6-1 IS SATISFIED**

This is the fourth request for extension of discovery deadlines filed by the parties. On **November 24, 2014**, the parties filed their third joint stipulation seeking an extension of discovery.  Pursuant to this court's order dated **December 1, 2014**, this Honorable Court granted in part the requested extension to enlarge deadlines.   In said order, the court noted that the following dates would govern for purposes of discovery:

1. Discovery Cutoff Date:                           May 11, 2015
2. Motions to amend pleadings and add parties:      May 13, 2014
3. Expert Designations:                             March 12, 2015
4. Rebuttal Expert Designations:                    April 13, 2015
5. Interim Status Reports:                          March 12, 2015
6. Dispositive Motions:                             June 10, 2015
7. Joint Pre-Trial Order:                           July 10, 2015

The parties have diligently participated in discovery since the third extension was granted and prior thereto, as noted in the first and second joint stipulations to extend discovery. Currently, the Plaintiffs and Defendant Jel Events, Inc settlement was reached through arms-length negotiations.  The settling parties' counsel began negotiating the settlement on **March 6, 2015**.  On **March 10, 2015**, the Plaintiffs reached a settlement with Defendant Jel Events, Inc, conditioned upon a good faith determination by the courts, for **$7,500**.  On **March 11, 2015**, counsel for Defendant Jel Events, Inc filed a Motion for Determination of Good Faith Settlement and for Order Shortening Time.  At this time, the parties are awaiting a response from the courts regarding the good faith determination.

The parties had agreed to a stay of discovery in order to engage in settlement negotiations.  Though efforts were taken to settle between the Plaintiffs and the Defendants Bob Gail Enterprises, Inc and MGM, the parties were unable to reach a settlement.  As a result, the parties have scheduled to conduct a mediation on **Tuesday, May 19, 2015** at **Bongiovi Dispute Resolutions** located at **9510 West Sahara Avenue, Las Vegas, Nevada**.  All parties have agreed.  Moreover, Plaintiff's counsel and Plaintiffs Jacqueline Escobar & John aka Jack Silva will return to Las Vegas from Massachusetts to attend the mediation.

Although the parties agreed to a stay of discovery, all parties felt requesting a continuance would adequately provide the parties with additional time, in case a settlement was not reached on **May 19, 2015**.  As a result, all parties agreed and requested that the tracking deadlines be enlarged by 90 days to allow time for the parties to mediate, depositions and completion of discovery.

The instant request comports with LR 6.1, in that no request is currently being made after the expiration of the specified period noted in this court's order of **December 1, 2014**.

## II.   **LOCAL RULE 26-4 IS SATISFIED**

The instant request to extend discovery satisfies the requisites of LR 26-4.  Preliminarily, this stipulation and order is received by the court no later than twenty one (21) days before the expiration of the subject deadlines.  The dispositive motion and joint pretrial order deadlines are all more than twenty one (21) days from the filing of the instant stipulation and order.[1]

Additionally, good cause exists for the extension.   All parties have agreed and are scheduled to conduct a mediation on **Tuesday, May 19, 2015**, with the hopes of settling and resolving this matter.  Unfortunately, if the parties are unable to reach a settlement agreement on **May 19, 2015**, the parties would require additional time to schedule depositions and to complete discovery.  As a result, all parties have requested that the tracking deadlines be extended 90 days,

---

[1] The parties mutually agreed to withhold conducting discovery so as to save costs with the purpose of determining whether the case could be resolved through the mediation scheduled for May 19, 2015.  This stipulation is being filed 21 days before all deadlines except discovery.

to which all parties have agreed.  Listed below is a statement specifying the discovery completed

in this case:

| | | |
|---|---|---|
| Plaintiffs, Jacqueline Escobar & John aka Jack Silva's Initial Disclosures made Pursuant to LR 26-1 and FRCP 26(a)(1) | 12/13/13 | ESCOBAR & SILVA completed |
| Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas Initial Disclosures Pursuant to Pursuant to LR 26-1 and FRCP (a)(1) | 12/20/13 | JEL EVENTS completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Initial Disclosures Pursuant to LR 26-1 and FRCP 26(a)(1) | 12/20/13 | MGM completed |
| Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas First Supplement to Disclosures Made Pursuant to LR 26-1 and FRCP (a)(1) | 1/10/14 | JEL EVENTS completed |
| Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas Initial Disclosures Pursuant to LR 26-1 and FRCP (a)(1) | 1/14/14 | BOB GAIL completed |
| Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas First Request for Production of Documents to Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas | 1/17/14 | JEL EVENTS completed |
| Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas First Request for Production of Documents to Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas | 1/17/14 | JEL EVENTS completed |
| Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas First Set of Interrogatories to the Plaintiff, Jacqueline Escobar | 1/17/14 | JEL EVENTS completed |
| Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas First Set of Interrogatories to the Plaintiff, John aka Jack Silva | 1/17/14 | JEL EVENTS completed |

| | | |
|---|---|---|
| Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas First Request for Production of Documents to the Plaintiff, Jacqueline Escobar | 1/17/14 | JEL EVENTS completed |
| Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas First Request for Production of Documents to the Plaintiff, John aka Jack Silva | 1/17/14 | JEL EVENTS completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas First Set of Interrogatories to the Plaintiff, Jacqueline Escobar | 1/22/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas First Set of Interrogatories to the Plaintiff, John aka Jack Silva | 1/22/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas First Request for Production of Documents to the Plaintiff, Jacqueline Escobar | 1/22/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas First Request for Production of Documents to the Plaintiff, John aka Jack Silva | 1/22/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas First Request for Admissions to the Plaintiff, Jacqueline Escobar | 1/22/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas First Request for Admissions to the Plaintiff, John aka Jack Silva | 1/22/14 | MGM completed |
| Plaintiff, Jacqueline Escobar's First Set of Interrogatories to Defendant, Jel Events, Inc d/b/a | 1/27/14 | ESCOBAR completed |

AlliedPRA Destination Management Las Vegas

| | | |
|---|---|---|
| Plaintiff, John aka Jack Silva's First Set of Interrogatories to Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas | 1/27/14 | SILVA completed |
| Plaintiffs, Jacqueline Escobar & John aka Jack Silva's First Request for Production of Documents to Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas | 1/27/14 | ESCOBAR & SILVA completed |
| Plaintiffs, Jacqueline Escobar & John aka Jack Silva's First Request for Admissions to Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas | 1/27/14 | ESCOBAR & SILVA completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Clark County American Medical Response (Escobar) | 1/30/14 | MGM amended |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Balance Physical Therapy/Balance Rehabilitation and Health Sciences (Escobar) | 1/30/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Massachusetts General Hospital | 1/30/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Desert Surgical Associates (Escobar) | 1/30/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Derry Medical Center (Escobar) | 1/30/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas | 1/30/14 | MGM completed |

| | | |
|---|---|---|
| Notice of taking the Deposition of the Custodian of record of Sunrise Hospital and Medical Center (Escobar) | | |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Appledore Medical Group/Parkland Internal Medicine of Londonderry (Silva) | 1/30/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of New Hampshire Orthopaedic Center (Silva) | 1/30/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Sunrise Hospital and Medical Center (Silva) | 1/30/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Appledore Medical Group Beacon Internal Medicine (Silva) | 1/30/14 | MGM completed |
| Subpoena to Clark County American Medical Response (Escobar) | 1/30/14 | MGM amended |
| Subpoena to Balance Physical Therapy/Balance Rehabilitation and Health Sciences (Escobar) | 1/30/14 | MGM completed |
| Subpoena to Massachusetts General Hospital | 1/30/14 | MGM completed |
| Subpoena to Desert Surgical Associates (Escobar) | 1/30/14 | MGM completed |
| Subpoena to Derry Medical Center (Escobar) | 1/30/14 | MGM completed |
| Subpoena to Sunrise Hospital and Medical Center (Escobar) | 1/30/14 | MGM completed |

| | | |
|---|---|---|
| Subpoena to Appledore Medical Group/Parkland Internal Medicine of Londonderry (Silva) | 1/30/14 | MGM completed |
| Subpoena to New Hampshire Orthopaedic Center (Silva) | 1/30/14 | MGM completed |
| Subpoena to Sunrise Hospital and Medical Center (Silva) | 1/30/14 | MGM completed |
| Subpoena to Appledore Medical Group Beacon Internal Medicine (Silva) | 1/30/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Amended Notice of taking the Deposition of the Custodian of Records of Clark County American Medical Response (Escobar) | 2/14/14 | MGM completed |
| Amended Subpoena to Clark County American Medical Response (Escobar) | 2/14/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas First Supplement to Disclosures Made Pursuant to LR 26-1 and FRCP (a)(1) | 2/19/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Responses to Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas First Request for Production of Documents | 2/19/14 | MGM completed |
| Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas First Set of Interrogatories to the Plaintiff, Jacqueline Escobar | 2/21/14 | BOB GAIL completed |
| Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas First Set of Interrogatories to the Plaintiff, John aka Jack Silva | 2/21/14 | BOB GAIL completed |
| Plaintiff, Jacqueline Escobar's Responses to Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas First Request for Production of Documents | 3/18/14 | ESCOBAR completed |
| Defendants, MGM Grand Hotel, LLC and MGM | 3/19/14 | MGM |

| | | |
|---|---|---|
| Resorts International d/b/a MGM Grand Las Vegas Second Supplement to Disclosures Made Pursuant to LR 26-1 and FRCP (a)(1) | | completed |
| Plaintiff, Jacqueline Escobar's Responses to Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas First Request for Production of Documents | 3/19/14 | ESCOBAR completed |
| Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas Responses to Plaintiffs, Jacqueline Escobar & John aka Jack Silva's First Request for Production of Documents | 3/21/14 | JEL EVENTS completed |
| Plaintiff, John aka Jack Silva's Responses to Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas First Request for Production of Documents | 3/21/14 | SILVA completed |
| Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas Second Supplement to Disclosures Made Pursuant to LR 26-1 and FRCP (a)(1) | 3/24/14 | JEL EVENTS completed |
| Plaintiff, John aka Jack Silva's Responses to Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas First Request for Production of Documents | 3/24/14 | SILVA completed |
| Plaintiff, John aka Jack Silva's Answers to Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas First Set of Interrogatories | 3/26/14 | SILVA completed |
| Subpoena to Herbalife International (Escobar) | 3/26/14 | JEL EVENTS completed |
| Subpoena to Desert Surgical Associates (Escobar) | 3/26/14 | JEL EVENTS completed |
| Subpoena to Sunrise Hospital and Medical Center (Escobar) | 3/26/14 | JEL EVENTS completed |
| Subpoena to American Medical Response (Escobar) | 3/26/14 | JEL EVENTS completed |

| | | |
|---|---|---|
| Plaintiff, John aka Jack Silva's Responses to Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas First Request for Admissions | 3/27/14 | SILVA completed |
| Plaintiff, John aka Jack Silva's Answers to Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas First Set of Interrogatories | 3/27/14 | SILVA completed |
| Subpoena to Herbalife International (Silva) | 3/27/14 | JEL EVENTS completed |
| Subpoena to Sunrise Hospital and Medical Center (Silva) | 3/27/14 | JEL EVENTS completed |
| Plaintiff, Jacqueline Escobar's Answers to Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas First Set of Interrogatories | 3/28/14 | ESCOBAR completed |
| Plaintiff, Jacqueline Escobar's Answers to Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas First Set of Interrogatories | 3/28/14 | ESCOBAR completed |
| Plaintiff, Jacqueline Escobar's Responses to Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas First Request for Admissions | 3/28/14 | ESCOBAR completed |
| Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas Third Supplement to Disclosures Made Pursuant to LR 26-1 and FRCP (a)(1) | 3/28/14 | JEL EVENTS completed |
| Plaintiff, Jacqueline Escobar's Answers to Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas First Set of Interrogatories | 4/4/14 | ESCOBAR completed |
| Plaintiff, John aka Jack Silva's Answers to Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas First Set of Interrogatories | 4/4/14 | SILVA completed |
| Defendant, Jel Events, Inc d/b/a AlliedPRA Destination | 4/9/14 | JEL EVENTS |

| | | |
|---|---|---|
| Management Las Vegas Answers to Plaintiff, Jacqueline Escobar's First Set of Interrogatories | | completed |
| Defendant Bob Gail's First Request for Production of Documents to Plaintiff Jacqueline Escobar | 4/9/14 | BOB GAIL completed |
| Defendant Bob Gail's First Request for Production of Documents to Plaintiff John aka Jack Silva | 4/9/14 | BOB GAIL completed |
| Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas Responses to Plaintiffs, Jacqueline Escobar & John aka Jack Silva's First Set of Interrogatories | 4/11/14 | JEL EVENTS completed |
| Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas Response to Plaintiffs, Jacqueline Escobar & John aka Jack Silva's First Request for Admissions | 4/11/14 | JEL EVENTS completed |
| Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas Answers to Plaintiff, John aka Jack Silva's First Set of Interrogatories | 4/15/14 | JEL EVENTS completed |
| Defendant, Jel Events, Inc d/b/a AlliedPRA Destination Management Las Vegas Fourth Supplement to Disclosures Made Pursuant to LR 26-1 and FRCP (a)(1) | 4/23/14 | JEL EVENTS completed |
| Plaintiff, Jacqueline Escobar's Responses to Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas First Request for Production of Documents | 5/8/14 | ESCOBAR completed |
| Plaintiff, John aka Jack Silva's Responses to Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas First Request for Production of Documents | 5/8/14 | SILVA completed |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas' Fifth Supplement to FRCP 26(a)(1) List of Witnesses and Documents | 5/27/14 | JEL EVENTS completed |
| Defendants, MGM Grand Hotel, LLC and MGM | 6/2/14 | MGM |

| | | |
|---|---|---|
| Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of Andrea Escobar | | completed |
| Subpoena to Andrea Escobar | 6/2/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of Jacqueline Escobar | 6/2/14 | MGM completed |
| Subpoena to Jacqueline Escobar | 6/2/14 | MGM Completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of Julie Silva | 6/2/14 | MGM amended & rescheduled |
| Subpoena to Julie Silva | | MGM Completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of John aka Jack Silva | 6/2/14 | MGM amended & rescheduled |
| Subpoena to John aka Jack Silva | 6/2/14 | MGM Completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of Dora Lamos | 6/2/14 | MGM amended & rescheduled |
| Subpoena to Dora Lamos | 6/2/14 | MGM Completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of Tania Pinzon | 6/2/14 | MGM amended & rescheduled |
| Subpoena to Tania Pinzon | 6/2/14 | MGM amended & rescheduled |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of Christopher Pierce, MSPT | 6/2/14 | MGM completed |

| | | | |
|---|---|---|---|
| Subpoena to Christopher Pierce, MSPT | 6/2/14 | MGM Completed | |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of John Lynn, M.D. | 6/2/14 | MGM amended & rescheduled | |
| Subpoena to John Lynn, M.D. | 6/2/14 | MGM Completed | |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of Jeffrey Rind, M.D. | 6/2/14 | MGM amended & rescheduled | |
| Subpoena to Jeffrey Rind, M.D. | 6/2/14 | MGM amended & rescheduled | |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Amended Notice of taking the Deposition of Jeffrey Rind, M.D. | 6/6/14 | MGM completed | |
| Amended Subpoena to Jeffrey Rind, M.D. | 6/6/14 | MGM Completed | |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of Adam Cohen, M.D. | 6/6/14 | MGM completed | |
| Subpoena to Adam Cohen, M.D. | 6/6/14 | MGM Completed | |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of Laura Zekanvoic-Ferraro | 6/6/14 | MGM completed | |
| Subpoena to Laura Zekanvoic-Ferraro | 6/6/14 | MGM Completed | |

| | | |
|---|---|---|
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Notice of taking the Deposition of Gabriela Gregory, M.D. | 6/12/14 | JEL EVENTS completed |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Notice of taking the Deposition of John Anson, M.D. | 6/12/14 | JEL EVENTS completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Amended Notice of taking the Deposition of Tania Pinzon | 6/13/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Amended Notice of taking the Deposition of Dora Lamos | 6/13/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Amended Notice of taking the Deposition of Julie Silva | 6/13/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Amended Notice of taking the Deposition of John aka Jack Silva | 6/13/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Amended Notice of taking the Deposition of John Lynn, M.D. | 6/13/14 | MGM completed |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Sixth Supplement to FRCP 26(a)(1) List of Witnesses and Documents | 6/25/14 | JEL EVENTS completed |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Seventh Supplement to FRCP 26(a)(1) List of Witnesses and Documents | 6/27/14 | JEL EVENTS completed |
| Plaintiffs, Jacqueline Escobar & John aka Jack Silva's Notice of taking 30(b)(6) Deposition of Bob Gail | 6/27/14 | ESCOBAR & SILVA revised |
| Plaintiffs, Jacqueline Escobar & John aka Jack Silva's Notice of taking 30(b)(6) Deposition of Jel Events | 6/27/14 | ESCOBAR & SILVA revised |

| | | |
|---|---|---|
| Plaintiffs, Jacqueline Escobar & John aka Jack Silva's Notice of taking 30(b)(6) Deposition of MGM | 6/27/14 | ESCOBAR & SILVA revised |
| Plaintiffs, Jacqueline Escobar & John aka Jack Silva's Revised Notice of taking 30(b)(6) Deposition of Bob Gail | 7/1/14 | ESCOBAR & SILVA completed |
| Plaintiffs, Jacqueline Escobar & John aka Jack Silva's Revised Notice of taking 30(b)(6) Deposition of Jel Events | 7/1/14 | ESCOBAR & SILVA completed |
| Plaintiffs, Jacqueline Escobar & John aka Jack Silva's Revised Notice of taking 30(b)(6) Deposition of MGM | 7/1/14 | ESCOBAR & SILVA vacated to reschedule |
| Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas First Supplement to Disclosures Made Pursuant to LR 26-1 and FRCP (a)(1) | 7/11/14 | BOB GAIL completed |
| Plaintiffs, Jacqueline Escobar & John aka Jack Silva's First Request for Production of Documents to Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas | 7/15/14 | ESCOBAR & SILVA completed |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Eighth Supplement to FRCP 26(a)(1) List of Witnesses and Documents | 7/17/14 | JEL EVENTS completed |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Notice of Taking Deposition of Allan Macintyre, MD | 7/21/14 | JEL EVENTS vacated to reschedule |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Notice to Vacate Deposition of Allan Macintyre, MD | 7/22/14 | JEL EVENTS completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Westchester Medical Center | 7/22/14 | MGM amended |
| Subpoena to Westchester Medical Center | 7/22/14 | MGM Amended |

| | | |
|---|---|---|
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Dalfino Chiropractic, LLC | 7/22/14 | MGM pending |
| Subpoena to Dalfino Chiropractic, LLC | 7/22/14 | MGM Pending |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Hartford Hospital - Head Injury Clinic | 7/22/14 | MGM amended |
| Subpoena to Hartford Hospital - Head Injury Clinic | 7/22/14 | MGM Amended |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Hartford Hospital | 7/22/14 | MGM amended |
| Subpoena to Hartford Hospital | 7/22/14 | MGM Amended |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Hartford Radiology Associates | 7/22/14 | MGM pending |
| Subpoena to Hartford Radiology Associates | 7/22/14 | MGM Pending |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Scott Barron & Associates, P.C. | 7/22/14 | MGM pending |
| Subpoena to Scott Barron & Associates, P.C. | 7/22/14 | MGM Pending |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of The Rojas Law Firm | 7/22/14 | MGM pending |

| | | |
|---|---|---|
| Subpoena to The Rojas Law Firm | 7/22/14 | MGM<br>Pending |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Amended Notice of taking the Deposition of the Custodian of Records of Godfrey Chiropractic | 7/22/14 | MGM<br>completed |
| Subpoena to Godfrey Chiropractic | 7/22/14 | MGM<br>Completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Planet Fitness | 7/23/14 | MGM<br>pending |
| Subpoena to Planet Fitness | 7/23/14 | MGM<br>Pending |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Notice of Taking Deposition of Annette Machuca, MGM Grand Security Manager | 7/30/14 | JEL EVENTS<br>vacated to reschedule |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Notice of Taking Deposition of Cory Shafer, MGM Grand Security Supervisor | 7/30/14 | JEL EVENTS<br>vacated to reschedule |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Notice of Taking Deposition of Debra Jean Duffy, MGM Grand Security Officer | 7/30/14 | JEL EVENTS<br>vacated & amended |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Notice of Taking Deposition of Kevin Janson, MGM Grand Security Officer | 7/30/14 | JEL EVENTS<br>amended & rescheduled |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Notice of Taking Deposition of Kim Gomez, MGM Grand Security Officer | 7/30/14 | JEL EVENTS<br>vacated to reschedule |

| | | |
|---|---|---|
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Nineth Supplement to FRCP 26(a)(1) List of Witnesses and Documents | 8/6/14 | JEL EVENTS completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Sunrise Hospital and Medical Center - Radiology Department (Escobar) | 8/14/14 | MGM completed |
| Subpoena to Sunrise Hospital and Medical Center - Radiology Department (Escobar) | 8/14/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Notice of taking the Deposition of the Custodian of record of Sunrise Hospital and Medical Center - Radiology Department (Silva) | 8/14/14 | MGM completed |
| Subpoena to Sunrise Hospital and Medical Center - Radiology Department (Silva) | 8/14/14 | MGM completed |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Amended Notice of Taking Deposition of Kevin Janson, MGM Grand Security Officer | 8/15/14 | JEL EVENTS completed |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Notice to Vacate Deposition of Annette Machuca, MGM Grand Security Manager | 8/18/14 | JEL EVENTS completed |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Notice to Vacate Deposition of Kim Gomez, MGM Grand Security Officer | 8/18/14 | JEL EVENTS completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Amended Notice of taking the Deposition of the Custodian of record of Hartford Hospital - Head Injury Clinic | 8/18/14 | MGM pending |

| | | |
|---|---|---|
| Amended Subpoena to Hartford Hospital - Head Injury Clinic | 8/18/14 | MGM pending |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Amended Notice of taking the Deposition of the Custodian of record of Hartford Hospital | 8/18/14 | MGM completed |
| Amended Subpoena to Hartford Hospital | 8/18/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Third Supplement to Disclosures Made Pursuant to LR 26-1 and FRCP (a)(1) | 8/21/14 | MGM completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Amended Notice of taking the Deposition of the Custodian of record of Westchester Medical Center | 8/21/14 | MGM completed |
| Amended Subpoena to Westchester Medical Center | 8/21/14 | MGM completed |
| Defendant Bob Gail's Responses to the Plaintiffs, Jacqueline Escobar & John aka Jack Silva's First Request for Production of Documents | 8/25/14 | BOB GAIL completed |
| Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas Second Supplement to Disclosures Made Pursuant to LR 26-1 and FRCP (a)(1) | 8/25/14 | BOB GAIL completed |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Tenth Supplement to FRCP 26(a)(1) List of Witnesses and Documents | 9/4/14 | JEL EVENTS completed |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Eleventh Supplement to FRCP 26(a)(1) List of Witnesses and Documents | 9/9/14 | JEL EVENTS completed |
| Amended Notice of Taking Deposition of Plaintiff | 9/26/14 | JEL EVENTS |

| | | |
|---|---|---|
| Jacqueline Escobar | | pending |
| Amended Notice of Taking Deposition of Debra Jean Duffy | 10/17/14 | MGM completed |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Twelfth Supplement to FRCP 26(a)(1) List of Witnesses and Documents | 10/30/14 | JEL EVENTS completed |
| Plaintiffs, Jacqueline Escobar & John aka Jack Silva's First Supplement to the Initial Disclosure made pursuant to LR 26-1 and FRCP 26(a)(1) | 11/12/14 | ESCOBAR & SILVA completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Fifth Supplement to Disclosures Made Pursuant to LR 26-1 and FRCP (a)(1) | 11/12/14 | MGM completed |
| Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas Second Amended Notice of Neuropsychological Examination | 11/14/14 | BOB GAIL completed |
| Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas Notice of Independent Medical Examination | 11/14/14 | BOB GAIL pending |
| Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas Notice of Continuance of Taking Deposition of the Plaintiff, Jacqueline Escobar | 12/17/14 | BOB GAIL completed |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Fourteenth Supplement to FRCP 26(a)(1) List of Witnesses and Documents | 1/29/15 | JEL EVENTS completed |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Second Set of Requests for Production of Documents to Jacqueline Escobar | 1/30/15 | JEL EVENTS completed |
| Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Sixth Supplement to Disclosures Made Pursuant to LR 26-1 and FRCP (a)(1) | 2/10/15 | MGM completed |

| | | |
|---|---|---|
| Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas Notice of Taking Videotaped, Videoconference Deposition of Dr. Abraham Mintz | 2/10/15 | BOB GAIL completed |
| Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas Notice of Taking Videotaped, Videoconference Deposition of Dr. Mark Godfrey | 2/10/15 | BOB GAIL pending |
| **Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas Notice of Taking Videotaped, Videoconference Deposition of Dr. Solomon Aordkian** | **2/10/15** | **BOB GAIL completed** |
| **Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas Notice of Taking Videotaped, Videoconference Deposition of Dr. Saran S. Rosner** | **2/10/15** | **BOB GAIL vacated** |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Fifteenth Supplement to FRCP 26(a)(1) List of Witnesses and Documents | 2/12/15 | JEL EVENTS completed |
| Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Sixteenth Supplement to FRCP 26(a)(1) List of Witnesses and Documents | 2/19/15 | JEL EVENTS completed |
| Plaintiffs, Jacqueline Escobar & John aka Jack Silva's Notice of Continuing 30(b)(6) Deposition of Bob Gail | 2/23/15 | ESCOBAR revised & rescheduled |
| **Plaintiff Jacqueline Escobar's Responses to Defendant Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Second Set of Requests for Production of Documents** | **2/23/15** | **ESCOBAR pending** |
| **Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Second Set of Interrogatories to Plaintiff John aka Jack Silva** | **2/23/15** | **MGM pending** |
| **Defendants, MGM Grand Hotel, LLC and MGM** | **2/23/15** | **MGM** |

| | | |
|---|---|---|
| **Resorts International d/b/a MGM Grand Las Vegas Second Set of Request for Production of Documents to Plaintiff John aka Jack Silva** | | **pending** |
| **Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Second Set of Interrogatories to Plaintiff Jacqueline Escobar** | **2/23/15** | **MGM pending** |
| **Defendants, MGM Grand Hotel, LLC and MGM Resorts International d/b/a MGM Grand Las Vegas Second Set of Request for Production of Documents to Plaintiff Jacqueline Escobar** | **2/23/15** | **MGM pending** |
| Plaintiffs, Jacqueline Escobar & John aka Jack Silva's Notice of Taking Videotaped, Videoconference Deposition of Dr. Michael H. Metzler | 2/25/15 | ESCOBAR & SILVA completed |
| Plaintiffs, Jacqueline Escobar & John aka Jack Silva's Notice of Taking Videotaped, Videoconference Deposition of Dr. Christopher J. Fisher | 3/4/15 | ESCOBAR & SILVA vacated |
| Plaintiffs, Jacqueline Escobar & John aka Jack Silva's Revised Notice of Continuing 30(b)(6) Deposition of Bob Gail | 3/12/15 | ESCOBAR & SILVA vacated |
| **Plaintiffs, Jacqueline Escobar & John aka Jack Silva's Initial Expert Witness Disclosure** | **3/12/15** | **ESCOBAR & SILVA completed** |
| **Defendants Joint Initial Expert Witness Disclosure** | **3/12/15** | **DEFENDANTS completed** |
| **Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Seventeenth Supplement to FRCP 26(a)(1) List of Witnesses and Documents** | **3/13/15** | **JEL EVENTS completed** |
| **Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Eighteenth Supplement to FRCP 26(a)(1) List of Witnesses and Documents** | **3/17/15** | **JEL EVENTS completed** |
| **Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Nineteenth Supplement to FRCP 26(a)(1) List of Witnesses and Documents** | **3/30/15** | **JEL EVENTS completed** |

| | | |
|---|---|---|
| **Defendants First Supplement to Joint Initial Expert Witness Disclosure** | **4/2/15** | **DEFENDANTS completed** |
| **Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas Third Supplement to Disclosures Made Pursuant to LR 26-1 and FRCP (a)(1)** | **4/2/15** | **BOB GAIL completed** |
| **Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas Fourth Supplement to Disclosures Made Pursuant to LR 26-1 and FRCP (a)(1)** | **4/3/15** | **BOB GAIL completed** |
| **Defendant, Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas Fifth Supplement to Disclosures Made Pursuant to LR 26-1 and FRCP (a)(1)** | **4/6/15** | **BOB GAIL completed** |
| **Defendant, Jel Events, Inc. d/b/a AlliedPRA Destination Management Las Vegas Twentieth Supplement to FRCP 26(a)(1) List of Witnesses and Documents** | **4/8/15** | **JEL EVENTS completed** |

In addition to the above referenced discovery, the following depositions have occurred in Las Vegas, Nevada through April 6, 2015:

- Dr. Abraham Mintz                 completed
- Dr. Mark Godfrey                  completed
- Dr. Solomon Aordkian              completed

In addition, to the above discovery, subpoena duces tecums were forwarded to other treating providers which were discovered during the depositions conducted in Boston. These providers' requests are presently pending, which include:

- White Plains Radiology
- Hartford Hospital - Head Injury Clinic

Lastly, in addition to the above subpoenas which have been served and presently pending, information regarding Plaintiff, Jacqueline Escobar's prior motor vehicle accident from the following:

- Scott Barron & Associates, P.C. in Howard Beach, New York
- Rojas Law Firm,  in Hartford, Connecticut

Depositions of the experts will likewise need to be taken.  It is anticipated that the depositions will occur within the next 3 to 4 months, if the parties have not reached a settlement agreement on **May 19, 2015**.  Aside from medical experts, other safety related experts, if any, need to be disclosed, review necessary deposition testimony, prepare reports and be deposed.

It is required under 26(4)(c) to define why the deadlines were not satisfied. The parties have worked cooperatively together and have expended significant effort to undertake discovery in this case.  Unfortunately, due to all parties scheduling conflicts the mediation was scheduled after the discovery cutoff date **May 11, 2015** and given the physicians scheduling conflicts, procurement for additional records, discovery of additional physicians needing to be deposed; all remaining discovery could not be completed within the 90 day window afforded by the prior order.  None of the parties have cancelled discovery, nor undertaken in any way to postpone the discovery process for delay and all parties have fully cooperated to move forward.  All parties are working cooperatively to mediate, and finalize discovery in a timely and expedited manner, but given the time restraints, scheduling conflicts, volume of discovery and the logistics of traveling from east to west coast, additional time is respectfully required and requested.

Finally, under LR 26(4), it is necessary to articulate a proposed schedule for completing all remaining discovery.  Given that mediation has been schedule after the discovery cutoff date and the amount of discovery still needing to be done, it is requested that an additional 90 days be afforded for discovery.  The following deadlines are requested.

1. Discovery Cutoff Date:                                   August 10, 2015
2. Motions to amend pleadings and add parties:      May 13, 2014

3.  Expert Designations:                    March 12, 2015

4.  Rebuttal Expert Designations:           April 13, 2015

5.  Interim Status Reports:                  June 11, 2015

6.  Dispositive Motions:                      September 9, 2015

7.  Joint Pre-Trial Order:                    October 9, 2015

    The parties hereby stipulated to the proposed changes in the discovery deadlines.

| Dated this 12 day of May, 2015 | Dated this 12 day of May, 2015 |
|---|---|
| CORSO LAW LLC | THORNDAL ARMSTRONG, DELK, BALKENBUSH & EISINGER |
| /s/ Frank C. Corso, Esq. | /s/ Brian K. Terry, Esq. |
| _____ | _____ |
| FRANK C. CORSO, ESQ. (*Pro Hac Vice*) | Brian K. Terry, Esq. |
| 492 Winthrop Street, Suite 5 | P.O. Box Drawer 2070 |
| Rehoboth, MA 02769 | Las Vegas, Nevada 89125 |
| Telephone: (774) 901-2677 | Attorney for Jel Events, Inc d/b/a |
| Facsimile: (774) 901-2678 | AlliedPRA Destination Management Las Vegas |
| and | |
| Andre M. Lagomarsino, Esq. & | |
| Daniel M. Ryan, Esq. | |
| PARKER \| SCHEER LAGOMARSINO | |
| 9555 South Eastern Avenue, Ste 210 | |
| Las Vegas, Nevada  89123 | |
| Attorneys for Jacqueline Escobar & John aka Jack Silva | |
| Dated this 12 day of May, 2015 | Dated this 12 day of May, 2015 |
| BREMER, WHYTE, BROWN & O'MEARA, LLP | PYATT SILVESTRI |
| /s/ Jared G. Christensen, Esq. | /s/ Robert P. Molina, Esq. |
| _____ | _____ |
| Jared G. Christensen, Esq. | Robert P. Molina, Esq. & |
| 1160 N. Town Center Drive, Ste. 250 | James P.C. Silvestri, Esq. |
| Las Vegas, Nevada 89128 | 701 Bridger Avenue, Ste. 600 |
| Attorneys for MGM Grand Hotel LLC and | Las Vegas, Nevada 89101 |
| MGM Resorts International | Attorneys for Bob Gail Enterprises, Inc d/b/a Bob Gail Special Events Las Vegas |

**<u>ORDER</u>**

**IT IS SO ORDERED:**

_____

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _ May 13, 2015 _____

The **<u>JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY (FOURTH</u>**

**<u>REQUEST)</u>** in 2:13-CV-01917 was submitted by:


*CORSO LAW LLC*

/s/ Frank C. Corso, Esq.
_____
FRANK C. CORSO, ESQ. (*Pro Hac Vice*)
492 Winthrop Street, Suite 5
Rehoboth, MA 02769
Telephone: (774) 901-2677
Facsimile: (774) 901-2678