ROBERT P. MOLINA, ESQ.
Nevada Bar No. 6422
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 facsimile
rmolina@pyattsilvestri.com
Attorneys for Defendant
BOB GAIL ENTERPRISES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUIELINE ESCOBAR & JOHN aka JACK SILVA,<br><br>                       Plaintiffs,<br><br>vs.<br><br>JEL EVENTS, INC. D/B/A ALLIEDPRA DESTINATION MANAGEMENT LAS VEGAS, BOB GAIL ENTERPRISES, INC. D/B/A BOB GAIL SPECIAL EVENTS LAS VEGAS, MGM GRANT HOTEL, LLC AND MGM RESORTS INTERNATIONL D/B/A MGM GRAND LAS VEGAS (MGM DEFENDANTS),<br>                       Defendants. | CASE NO.: 2:13-CV-01917 |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, JACQUELINE ESCOBAR and JOHN SILVA aka JACK SILVA, by and through their attorney, Frank Corso, Esq., Defendant BOB GAIL ENTERPRISES, INC., by and through its attorney, Robert P. Molina, Esq., Defendant JEL EVENTS, INC., by and through its attorney, Brian K. Terry, Esq., and Defendants MGM GRAND HOTEL, LLC and MGM RESORTS

INTERNATIONAL, by and through their attorney, Jared Christensen, Esq., that the above-captioned action shall be dismissed with prejudice, each party to bear its own attorney's fees and costs;

IT IS FURTHER STIPULATED AND AGREED that this stipulation to dismiss includes any cross-claims between Defendants BOB GAIL ENTERPRISES, INC. and JEL EVENTS, INC. but does not affect the rights of Defendants MGM GRAND HOTEL, LLC and MGM RESORTS INTERNATIONAL or their insurer in this matter to pursue a claim for express indemnity against Defendant JEL EVENTS, INC.

| | |
|---|---|
| DATED this _20th_ day of July, 2015. | DATED this _20th_ day of July, 2015. |
| PYATT SILVESTRI | THORNDAL ARMSTRONG, DELK BALKENBUSH & EISINGER |
| s/Robert P. Molina, Esq. | s/ Brian K. Terry, Esq. |
| ROBERT P. MOLINA, ESQ.<br>Nevada Bar No. 6422<br>701 Bridger Avenue, Ste. 600<br>Las Vegas, Nevada 89101<br>Attorney for Defendant<br>Bob Gail Enterprises, Inc. | BRIAN K. TERRY, ESQ.<br>Nevada Bar No. 3171<br>1100 E. Bridger Avenue, PO Drawer 2070<br>Las Vegas, Nevada 89101<br>Attorney for Defendant<br>Jel Events, Inc. |
| DATED this 20th day of July, 2015. | DATED this 20th day of July, 2015. |
| CORSO LAW LLC | BREMER WHYTE BROWN & O'MEARA |
| s/ Frank Corso, Esq. | s/ Jared Christensen, Esq. |
| Frank Corso, Esq. (Pro Hoc Vice)<br>492 Winthrop Street, Ste. 5<br>Rehoboth, MA 02769<br>Attorney for Plaintiffs | Jared Christensen, Esq.<br>Nevada Bar No. 11538<br>1160 North Town Center Drive, Ste. 250<br>Las Vegas, Nevada 89144<br>Attorneys for Defendants<br>MGM GRAND HOTEL, LLC and<br>MGM RESORTS INTERNATIONAL |

# ORDER

IT IS SO ORDERED that Case No. 2:13-CV-01917 be dismissed with prejudice, each party to bear its own attorney's fees and costs;

IT IS FURTHER ORDERED that this dismissal includes any cross-claims between Defendants BOB GAIL ENTERPRISES, INC. and JEL EVENTS, INC. but does not affect the rights of Defendants MGM GRAND HOTEL, LLC and MGM RESORTS INTERNATIONAL or their insurer in this matter to pursue a claim for express indemnity against Defendant JEL EVENTS, INC.

DATED July 22, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

PYATT SILVESTRI

s/ Robert P. Molina, Esq.
ROBERT P. MOLINA, ESQ.
Nevada Bar No. 6422
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorney for Defendant
BOB GAIL ENTERPRISES, INC.